

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-16-00129-CV

Gregory **SANCHEZ**,
Appellant

v.

**STRIPES LLC; AND STRIPES CONVENIENCE STORE**, an Assumed or Common Name,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31407
Honorable Robert Cadena, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record stating the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court